UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:10-CR-00030 JD |
| | ) | |
| DEVELL HARRIS | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 25, 2010 [DE 17]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Devell Harris's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED:   June 15, 2010

                                                       /s/ JON E. DEGUILIO
                                                     Judge
                                                     United States District Court